# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| MICHELE GRAY<br><br>        Plaintiff[s]<br><br><br>    v.<br><br><br>AMAZON.COM<br><br>      Defendant[s] | No. 22-35891<br><br>D.C. No. 2:22-cv-01177-JCC<br>Western District of Washington<br>Seattle<br><br><br>**PLAINTIFF WAIVER RESPONSE<br>FRIVOLOUS CLAIMS** |

Whereas, the court dismiss the plaintiff's {Michele Gray - Pro se ] case for failure to state a claim.

Whereas, the defendant caused the plaintiff serious Infections that spread in the lung, urinary tract, skin, or gastrointestinal tract. Infection rapidly leads to tissue damage, organ failure, and death.

Whereas, bacterial infection is not a frivolous claim

Whereas the plaintiff is not intended to harass or embarrass the opposition

Whereas, the claim does not lack any arguable basis either in law [ Neitze v. Williams, 490 U.S. 319, 325 (1989)].

Whereas, "the 'factual contentions are not baseless,'

Whereas, the allegations are not the product of delusion or fantasy;"

Whereas, the claim is not 'based on an indisputably meritless legal theory.'" Livingston v. Adirondack Beverage Co., 141 F.3d 434, 437 (2d Cir. 1998).

Whereas, the plaintiff corporate herein as Exhibit - Complaint and Exhibits- Frivolous -

Wherefore, the plaintiff respectfully waiver to respond to this case as frivolous.


DATED: January 16, 2023

by _____
Plaintiff
Michele Gray - Pro Se
279 Troy Road Suite 9-174
Rensselaer, New York 12144
chelegray@gmail.com
518-233-4282

**EXHIBITS**
**ARTICLE FRIVOLOUS COMPLAINT**
**EXHIBITS UR VISIT MEDICAL RECORDS**

# Examples, Causes and Signs of Serious Infections

Nov 01, 2020

In case you suffer from a serious infection, you are likely to experience severe pain and discomfort. In some cases, patients suffering from serious infections may die or get permanent damage due to a lack of or delayed treatment.

When identified early, infections are easy to treat hence harmless. However, when allowed to progress, these mild infections advance in severity and are considered serious infections. You are therefore advised to visit an ER (Emergency room) (https://expresserharkerheights.com) near you promptly at the onset of an infection.

## Causes of Serious Infections

There are numerous causes of serious infections. Generally, poor hygiene is usually the cause of infections. However, a series of medical conditions may contribute, as well.

Serious infections can either be bacterial, fungal, or viral. Whichever the infection, you should seek immediate care at any of the reputable emergency clinics in Harker Heights (https://expresserharkerheights.com/).

## Signs of Serious Infections

The following are signs you have a serious infection:

- Severe headache
- Constant vomiting
- Bloodstained vomit, stool, or urine
- Peculiar redness or swelling of your skin
- Recurring fever
- Shortness of breath
- Excruciating abdominal pain
- A persistent sore throat
- Delayed healing for burns and cuts
- Loss of appetite

There are many more signs of serious infections. We cannot exhaust them all. The ones listed above, however, are the most common. You should seek emergency care whenever you experience these symptoms.

## Examples of Serious Infections

Just like the symptoms, there are many examples of serious infections. These include:

### Ear infections

An ear infection is a result of the middle ear getting infected by a bacteria or virus. The infection may cause pain and swelling. If not promptly dealt with, an ear infection can cause permanent loss of hearing. Mild infections do not require treatment. However, if you have a serious infection, your doctor may use antibiotics to treat the condition.

### Yeast infection

This infection arises due to excess yeast in the vagina. It may be a result of certain medications or diseases. Over-the-counter medicine and antibiotics can be used to treat yeast infection.

### Sepsis

Sepsis is a severe condition resulting from the body releasing massive amounts of chemicals in an attempt to fight off an infection spread through your bloodstream. The chemicals can damage your organ and lead to inflammation.

Bacterial infections are the usual cause of sepsis. However, minor injuries may also cause the condition. Patients with this infection experience rapid breathing, fever, a decrease in urination and chills as symptoms. Antibiotics and IV fluids can treat the infection.

### Urinary Tract Infections (UTI)

UTIs are caused by bacteria going through the urethra into the tract. There are different types. Common signs include rectal pain, frequent urination, cloudy urine and a burning sensation when urinating. Antibiotics are used for treatment.

### Sinusitis

This infection is usually viral. The virus hinders the sinus cavity from draining correctly. A recent study, however, has proved bacteria or foreign agents can also cause the infection. Antibiotics are used to treat this infection if it persists. For chronic sinusitis, surgery may be necessary.

## How to Avoid Serious Infections

In the end, it is safer and cheaper to prevent a serious infection than to treat one. The following are ways you can avoid contracting serious infections:

- Maintain proper hygiene. Regularly wash your hands with soap and running water. Especially before taking meals. Wash fruits and other food substances before ingesting them.
- Avoid exposing wounds to contaminated surfaces. Constantly clean your wound and avoid scratching or touching the area with dirty hands. For bandages, regularly change them as per your doctor's instructions.
- Ensure your skin is always moisturized. Dry skin permits infectious microorganisms like bacteria to enter your body through the cracks.

Examples, Causes and Signs of Serious Infections

- Engage in safe sex. Sexually Transmitted Infections (STIs) can be prevented by using a condom during sex. Additionally, you are advised to make regular visits to your doctor for STI screenings.
- Don't consume raw or undercooked foods since they may cause food poisoning.
- Get vaccinated to avoid bacterial infections like tetanus.
- Use antibiotic ointments like Neosporin on wounds to keep out bacteria.
- Do not share sensitive and personal items like needles and a toothbrush.

Serious infections are avoidable and harmless if identified during their onset. You will, therefore, benefit significantly by visiting a doctor quickly when you experience any of the symptoms mentioned above. At Express ER (Harker Heights), our professionals are qualified to offer quality emergency care (https://expresserharkerheights.com) for patients living in Harker Heights.

frivolous | Wex | US Law | LII / Legal Information Institute

LII  > Wex  > **frivolous**

# frivolous

A frivolous claim, often called a bad faith claim, refers to a lawsuit, motion or appeal that is intended to harass, delay or embarrass the opposition.

A claim is frivolous when the claim lacks any arguable basis either in law or in fact Neitze v. Williams, 490 U.S. 319, 325 (1989). That means, in a frivolous claim, either: "(1) "the 'factual contentions are clearly baseless,' such as when allegations are the product of delusion or fantasy;" or (2) "the claim is 'based on an indisputably meritless legal theory.'" Livingston v. Adirondack Beverage Co., 141 F.3d 434, 437 (2d Cir. 1998).

If a court decides a claim is frivolous, the court can dismiss the case, order the party which files the frivolous claim and the party's attorney to pay any reasonable expenses, including attorney's fees incurred as a result of the frivolous claim. Check out this report to see the different remedies available in different jurisdictions.

[Last updated in June of 2020 by the Wex Definitions Team]

- wex
  - ACADEMIC TOPICS
  - trial process/advocacy
  - THE LEGAL PROCESS
  - class actions
  - courts
  - judicial administration
  - civil procedure
  - wex definitions

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Michele R. Gray
    Plaintiff[s]

vs

Amazon
   Defendant[s]

No:

**COMPLAINT**

  COMES NOW the plaintiff, Mrs. Gray, pro se litigate physical injuries by the defendant Amazon {aka amazon.com} in above-styled action and hereby files complaint as follows:

JURISDICTION

  1) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between and 2) citizens of different States.

FACTS

  During the Covid-19 pandemic the local market was out of stock of tissue (toilet) paper so the Plaintiffs purchased tissue (toilet) paper online on March 20, 2020 from the Defendant (see attached receipt exhibit 1). The tissue paper was delivered April 23, 2020 from Asia foreign country (see exhibit 2). The plaintiffs notice a lump on the foreskin on the anal area that caused the plaintiffs to rush for care itching in the anal area for several weeks. On June 23, 2020 The Plaintiffs rushed to Urgent Care the Troy Family Health Center (St. Peters Health Partner) at 79 Vandenburgh Place Troy, New York 12180 and seen by MD Melissa Fiorini (see attached exhibit 3), and was prescribed a prescription for treatment (see exhibit 4) and diagnosis of bacterial vaginosis and unspecified specimen [ condyloma acuminata ] caused by the defendant herein as medical report ( see exhibit 6) . The plaintiffs are unable to contact the company and "Amazon" hasn't answered the plaintiffs online ( see exhibit 5 )

CLAIMS

1. Stream of Commerce Theory or "Chain of Distribution Liability"
As a retailer/seller the defendant is liable for placing dangerous and harmful product into the "Stream For Commerce" And/or the "Chain of Distribution Liability" cause harm to plaintiff

Count 1
Stream of Commerce or Chain of Distribution Liability
The retailer/seller [defendant] due to legal authority subjecting liability to the defendant for harmful products into the "Stream of Commerce." Or " Chain Of Distribution Liability"

Rule 8
Claims for Relief
The Defendant violated "Stream of Commerce" and is liable for harming the plaintiff and causing mental anguish due to legal authority subjective liability and plaintiff is entitled to relief of monetary damages and demands for monetary relief, and such other relief as the court deems just and proper.

2. NY - UCC §349 of the New York General Business Law. Prohibits materially misleading acts or practices in conduct directed at consumers and such, are the statutes of choice for plaintiffs bringing consumer protection claims providing for significant statutory damages.

Count 2

NY - UCC §349 of the New York General Business Law

The defendant was deceptive in the conduct of business, trade or commerce or in the furnishing service are hereby declared unlawful in allowing harm to come to the plaintiff [buyer]. Acts or practices stated to be unlawful is entitled to bring an action ( see exhibit 7 - Article "That toilet paper you bought on Amazon? By Daniel Miller April 16, 2020 5Am PT)

The Article:

"There are vendors in Amazon's new toilet paper economy that are indeed delivering on their promises, but e-commerce experts said others appear to be carrying out byzantine schemes that are difficult to monitor"

The Article:

"Amazon acknowledged in a statement that there are "bad actors" in the Marketplace but said that it uses a "range of rigorous fraud detection and prevention measures" to proactively protect customers."

Rule 8

Claims for Relief

The plaintiff claims unlawful acts and practices committed by the defendant and demands for restitution of moneys directly and indirectly by those acts and practices pursuant to NY - UCC § 349. The defendant Acts or practices stated to be unlawful and the plaintiff is entitled compensatory damages for such unlawful acts or practices and to obtain restitution of any moneys or property obtained directly or indirectly by any such unlawful acts or practices and the plaintiff demands for monetary relief such other relief as the court deems just and proper. (see exhibit 8 - Article "Is your toilet paper giving you infections?")

The Article:

"YES! Not to be surprised, toilet paper can land you in trouble as it can spread infections, especially in the genital area. Have a look at how the use of toilet paper can put you at risk of infection"

3. Title 42 US Code § 262

The regulation of sale of and interstate traffic or viruses, serums, toxins antitoxins and the inspection of foreign manufacturing establishments of section 262 regulation of biological product says 1] no person shall introduce or deliver for introduction into interstate commerce any biological product i) defined as virus, therapeutic serum, toxin, antitoxin, vaccine, and blood i) "biological product" defined (1) The term "biological product" means a virus, therapeutic serum, toxin, antitoxin, or an analogous product without a license issued by the Secretary of Health and Human Services for such manufacture.

Count 3

Title 42 US Code § 262

Any injured person is prohibited transportation of such virus, serum, toxin, antitoxin, analogous product and or other product has been manufactured at an establishment holding an un-suspended and un-revoked license issued by the Secretary of Health and Human Services for such manufacture.

Rule 8

Claims for Relief

The plaintiff claim relief in violations section 262 of trafficking or allowing antitoxins viruses, serums, toxins antitoxins and "no" inspection of foreign manufacturing. The defendant Acts or practices stated to be unlawful and the plaintiff is entitled compensatory damages for such unlawful acts or practices and to obtain restitution of any moneys or property obtained directly or indirectly by any such unlawful acts or practices and the plaintiff demands for monetary relief such other relief as the court deems just and proper.

4. Breach of Warranty
Breach of warranty is the violation of an express or implied contract of warranty and thus is a breach of warranty. Essentially, it occurs when the warrantor fails to provide the assurance warranted. A seller can expressly or implicitly assure the buyer about the quality or title of an item sold. If such assurance is proved to be untrue, the buyer has a claim for breach of warranty.

Count 4
Breach of Warranty
UCC § 2-313[2] express warranties by affirmation, promise, description, and sample. 1) Express warranties by the a seller re created affirmation of fact or promise made by the seller [defendant] to the buyer [plaintiff] which relates to the goods and becomes part of the basis of the bargain creates an express warranty that the goods shall conform to the affirmation or promise. Violation of an express or implied contract of warranty, and thus it is a breach of contract and occurs the warrantor fails to provide the assurance warranted. The law imposes for a breach of some duty or violation of some right for Damages refers to the sum of money

Rule 8
Claim for Relief
The defendant violated the contract of warranty and the rights and so the plaintiff is entitled to sum of money for damages because the plaintiff was harmed by the defendant and the Plaintiff demands for compensatory damages to compensate for the injury of mental injury and physical injury

STATE A CLAIM
This court has jurisdiction for claims above (1-4) and the plaintiffs is entitled to compensation for the physical harm mental health issue caused by the defendant hereby the plaintiff sought indemnification for the cost of the suit against the corporation {defendant} and demand for monetary relief. And the plaintiff respectfully ask this court to exercise jurisdiction rights over the plaintiff's claims brought the Plaintiff is entitled to of a sum of money for damages because the plaintiff was harmed by the defendant and the Plaintiff demands for compensatory damages to compensate for the mental injury, physical injury and personal injury for the violations of claims sought (1-4)

DEMAND FOR RELIEF
The plaintiffs seeking damages in form of monetary compensation of $350, 000.00.

August 22, 2022

Michele R. Gray - Pro Se
279 Troy Road Suite - 9- 174
Rensselaer, NY 12144
518-233-4282
chelergray@gmail.com

## V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2016*

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: **AUGUST 22, 2022**

Signature of Plaintiff _____

Printed Name of Plaintiff **Michele R. Gray**

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _____

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _____

# EXHIBIT 1-5



## Final Details for Order #111-1856071-9717030
Print this page for your records.

**Order Placed:** March 20, 2020
**Amazon.com order number:** 111-1856071-9717030
**Order Total:** $15.01

## Shipped on March 24, 2020

| Items Ordered | Price |
|---|---|
| 1 of: *giokfine 10 Roll White Toilet Paper Toilet Roll Tissue Roll Pack of 10 4Ply Paper Towels Tissue*<br>Sold by: giokfine (seller profile)<br><br>Condition: New | $10.00 |

**Shipping Address:**
Makai Gray
165A VANDENBURGH PL A
TROY, NY 12180-6048
United States

**Shipping Speed:**
Standard Shipping

## Payment information

**Payment Method:**
Visa ending in 2013

**Billing address**
Michele Gray
25 West 132nd Street #8E
New York, N.Y. 10037
United States

| | |
|---|---|
| Item(s) Subtotal: | $10.00 |
| Shipping & Handling: | $3.90 |
| | ----- |
| Total before tax: | $13.90 |
| Estimated tax to be collected: | $1.11 |
| | ----- |
| **Grand Total:** | **$15.01** |

**Credit Card transactions**    Visa ending in 2013: March 24, 2020: $15.01

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2022, Amazon.com, Inc. or its affiliates

Deliver to Renee
Rensselaer 12144

All ▾

English ▾

Hello, Makai
Account & Lists ▾

Returns
& Orders

36
Cart

All   Early Black Friday Deals   Holiday Gift Guide   Gift Cards   Prime Video   Amazon Basics   Buy Again   **Early Black Friday deals are here**

Your Account › Your Orders › Order Details

# Order Details

Ordered on March 20, 2020     Order# 111-1856071-9717030

View or Print invoice

| **Shipping Address** | **Payment Method** | **Order Summary** | |
|---|---|---|---|
| Makai Gray | VISA **** 2013 | Item(s) Subtotal: | $10.00 |
| 165A VANDENBURGH PL A | | Shipping & Handling: | $3.90 |
| TROY, NY 12180-6048 | | Total before tax: | $13.90 |
| United States | | Estimated tax to be collected: | $1.11 |
| | | **Grand Total:** | **$15.01** |
| | | See tax and seller information | |

Transactions

giokfine 10 Roll White Toilet Paper Toilet Roll Tissue Roll Pack of 10 4Ply Paper Towels Tissue
Sold by: giokfine
Return window closed on Jun 1, 2020
$10.00
**Condition:** New

Buy it again

Problem with order

Write a product review

Archive order



## Final Details for Order #113-6117289-6971426

<u>Print this page for your records.</u>

**Order Placed:** March 29, 2020
**Amazon.com order number:** 113-6117289-6971426
**Order Total:** $32.39

## Shipped on March 30, 2020

| Items Ordered | Price |
|---|---|
| 1 of: *Jumbo Bathroom Roll Tissue 2-PLY (2 Rolls only) 3.5" x 1000 Feet Each Roll - 3.5" Core Size*<br>Sold by: Pospaperroll (<u>seller profile</u>)<br><br>Condition: New | $29.99 |

**Shipping Address:**
Makai Gray
165A VANDENBURGH PL A
TROY, NY 12180-6048
United States

**Shipping Speed:**
Two-Day Shipping

## Payment information

**Payment Method:**
Visa ending in 2567

**Billing address**
Michele Gray
25 West 132nd Street #8E
New York, N.Y. 10037
United States

| | |
|---|---|
| Item(s) Subtotal: | $29.99 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $29.99 |
| Estimated tax to be collected: | $2.40 |
| | ----- |
| **Grand Total:** | **$32.39** |

**Credit Card transactions**          Visa ending in 2567: March 30, 2020: $32.39

To view the status of your order, return to <u>Order Summary</u>.

<u>Conditions of Use</u> | <u>Privacy Notice</u> © 1996-2022, Amazon.com, Inc. or its affiliates

Deliver to Renee
Rensselaer 12144

All ▾

English ▾
Hello, Makai
Account & Lists ▾

Returns
& Orders

35

All   Early Black Friday Deals   Holiday Gift Guide   Gift Cards   Prime Video   Amazon Basics   Buy Again      Turn up the cheer, shop gifts now

Your Account › Your Orders › Order Details

# Order Details

Ordered on March 29, 2020     Order# 113-6117289-6971426

View or Print invoice

| Shipping Address | Payment Method | Order Summary | |
|---|---|---|---|
| Makai Gray | **VISA** **** 2567 | Item(s) Subtotal: | $29.99 |
| 165A VANDENBURGH PL A | | Shipping & Handling: | $0.00 |
| TROY, NY 12180-6048 | | Total before tax: | $29.99 |
| United States | | Estimated tax to be collected: | $2.40 |
| | | **Grand Total:** | **$32.39** |

See tax and seller information

Transactions

Jumbo Bathroom Roll Tissue 2-PLY (2 Rolls only) 3.5" x 1000 Feet Each Roll - 3.5" Core Size
Sold by: Pospaperroll
Return window closed on May 2, 2020
$29.99
**Condition:** New

Buy it again

Write a product review

Archive order





**Olin Callaghan**
Physician Assistant

**Troy Family Health Center**
*Operated by Samaritan Hospital*

79 Vandenburgh Avenue
Troy, NY 12180
**TEL** 518.271.0063
**FAX** 518.271.0298



ST PETER'S HEALTH
PARTNERS

sphpma.com



RITE AID-82 VANDENBURGH AVE
83 VANDENBURGH AVE
TROY, NY 12180-6024

(518) 272-1355
Store DEA : BR5272579
RPH : FQ1

**Rx 10687 0595206**

Date Filled : 06/23/2020

**GRAY, MICHELE**

(929) 318-5589

165A VANDENBURGH PL
TROY, NY 12180

**CEFDINIR 300 MG CAPSULE**
NDC : 16714-0391-02          QTY : 10

DAW : 0
DAYS SUPPLY : 5

**FIORINI, MELISSA M MD**
79 VANDENBURGH AVE
TROY, NY 12180

**NO REFILLS LEFT**

ADVANCEPCS MED D CVS/CRMARK (BIN#004336
GRP: 788257          CLM REF#: 201754469307198999

U&C:          $59.99

# EXHIBIT 6
# MEDICAL RECORD
# Urgent Care Visit
# 06/23/2020



# My Health

**Test Results**  **Medications**  **Care Summaries**  **Vitals**  **Medical History**  **Health Records**  **Tobacco History**

**Medical Forms**  **Learning Materials**  **Health Reminders**

Your health information is shown below.

Please note: only .txt files and zip folders containing .txt files are supported for upload through the Blue Button Initiative.

**Warning:** Do not download this file if you are using a public computer.

Adobe Acrobat is required to view downloaded documents. Download Adobe Reader for free



Questions for your provider?
Don't see a recent patient care summary?

**Send a Message**

Select  06/23/2020 | Melissa Fiorini, Md, St Peters Urgent Care Troy   ⌄     ⊙ Download   🖶 Print

SAM_Samaritan Hospital • 79 Vandenburgh Avenue, Troy NY 12180-2466
GRAY, MICHELE (id #1794750, dob: 04/17/1966)

St Peters Urgent Care Troy
79 Vandenburgh Avenue
Troy, NY 12180-2466
Phone: (518) 286-3000, Fax: (518) 286-3008

Date: 06/23/2020

Dear Michele Gray,

The following is a summary of your visit today. If you have any questions, please contact our office.

Date: 06/23/2020

Dear Michele Gray,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: MELISSA FIORINI, MD

**Domestic Violence:** If you are a victim of domestic violence (physical, verbal, or emotional), you are not alone. Discuss this with your physician or a friend and call the Domestic Violence Hotline at 1-800-799-SAFE (7233) for assistance and support.

**Suicide Hotline:** Your mental and emotional well-being are important. If you are in a mental health crisis or having thoughts of suicide, please call the nationwide suicide hotline, anytime day or night at 1-800-273-TALK.

## Patient Care Summary for Michele Gray

### Most Recent Encounter

06/23/2020 Melissa Marie Fiorini: 79 Vandenburgh Avenue, Troy, NY 12180-2466, Ph. tel:+1-518-2863000

### Reason for Visit

feeling extremely tired, sleepy and has excess amount of mucous

### Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

1. Vaginal discharge
 • bacterial vaginosis + vaginitis panel, vaginal
 • CT + NG RNA, PCR, unspecified specimen

2. Body mass index 30+ - obesity
 • A healthy lifestyle: care instructions

3. Fatigue
 • electrocardiogram
 • urinalysis, dipstick
 • primary care referral

4. Dysuria
 • culture, urine
 • cefdinir 300 mg capsule

Discussion Note

EKG SR HR 76 no st elevations or depressions, normal intervals as read by me

**Plan of Care**

Patient Instructions

Take antibiotics as prescribed. Follow with the pcp referred in 3-5 days. Return if worsening of symptoms.

| Reminders | | | Provider |
|---|---|---|---|
| Appointments | None recorded. | | |
| Lab | Urinalysis, Dipstick | 06/23/2020 | Sam_st Peters Urgent Care Troy |
| | Bacterial Vaginosis + Vaginitis Panel, Vaginal | 06/23/2020 | Samaritan Hospital (Electronic Lab Orders) |
| | CT + NG RNA, PCR, Unspecified Specimen | 06/23/2020 | Samaritan Hospital (Electronic Lab Orders) |
| | Culture, Urine | 06/23/2020 | Samaritan Hospital (Electronic Lab Orders) |
| Referral | Primary Care Referral | 06/23/2020 | Chisara Adonai MD |
| Procedures | None recorded. | | |
| Surgeries | None recorded. | | |
| Imaging | Electrocardiogram | 06/23/2020 | Sam_st Peters Urgent Care Troy |

**Current Medications**

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| cefdinir 300 mg capsule<br>Take 1 capsule every 12 hours by oral route as directed for 5 days. | 06/23/2020 | |

**Medications Administered**

None recorded.

**Vitals**

| Height | Weight | BMI | Blood Pressure | Pulse | O2 Saturation | Temperature | Heart Rate | Respiration Rate | Body Surface Area |
|---|---|---|---|---|---|---|---|---|---|
| 5 ft 5 in | 199 lbs | 33.1 kg/m2 | 122/62 mm[Hg] | 76 bpm | 99% | 98.2 F° | 76 | 16 | 2.03 |

**Results**

**Lab Results**

None recorded.

**Allergies**

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| NKDA | | | | | |

**Problems**

None recorded.

**Procedures**

| Date | Name | Performed by |
|---|---|---|
| 06/23/2020 | Electrocardiogram | Sam_st Peters Urgent Care Troy<br>79 Vandenburgh Avenue<br>Troy, NY 12180-2466<br>(518) 286-3000 (Work Place) |

**Vaccine List**

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | O2 Saturation | Temperature | Heart Rate | Respiration Rate | Body Surface Area |
|--------|--------|-----|----------------|-------|---------------|-------------|------------|------------------|-------------------|
| 5 ft 5 in | 199 lbs | 33.1 kg/m2 | 122/62 mm[Hg] | 76 bpm | 99% | 98.2 F° | 76 | 16 | 2.03 |

## Results

**Lab Results**

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|------|-------------|------|----------|----------|-------|
| NKDA | | | | | |

## Problems

None recorded.

## Procedures

| Date | Name | Performed by |
|------|------|--------------|
| 06/23/2020 | Electrocardiogram | Sam_st Peters Urgent Care Troy<br>79 Vandenburgh Avenue<br>Troy, NY 12180-2466<br>(518) 286-3000 (Work Place) |

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Tobacco Smoking Status

| Tobacco Smoking Status | Current Some Day Smoker |
|---|---|

## Past Encounters

06/23/2020
Vaginal Discharge; Body Mass Index 30+ - Obesity; Fatigue; Dysuria
Melissa Marie Fiorini, MD: 79 Vandenburgh Avenue, Troy, NY 12180-2466, Ph. (518) 286-3000

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Female | Ethnicity: | Information not available |
| DOB: | 04/17/1966 | Race: | Information not available |
| Preferred language: | English | Marital status: | Never Married |

Contact: 165a Vandenburgh Place, Troy, NY 12180, Ph. tel:+1-929-3185589

---

Note: Patients are solely responsible for maintaining the privacy and security of all information printed from the Patient Portal.

powered by

athenahealth



# Motion and Affidavit for Permission to Proceed in Forma Pauperis
## AFFADAVITS

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 4. Motion and Affidavit for Permission to Proceed in Forma Pauperis

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form04instructions.pdf*

**9th Cir. Case Number(s)** | 22-35891

**Case Name** | Michele Gray vs. Amazon.com

**Affidavit in support of motion:** I swear under penalty of perjury that I am financially unable to pay the docket and filing fees for my appeal. I believe my appeal has merit. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

**Signature** | | **Date** | 01/15/2023

The court may grant a motion to proceed in forma pauperis if you show that you cannot pay the filing fees **and** you have a non-frivolous legal issue on appeal. Please state your issues on appeal. (*attach additional pages if necessary*)

The defendant caused the plaintiff serious Infections that spread in the lung, urinary tract, skin, or gastrointestinal tract. Infection rapidly lead to tissue damage, organ failure, and death.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4**            *1*            *Rev. 12/01/2018*

1. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ never married | $ 0.00 | $ never married |
| Self-Employment | $ 0.00 | $ | $ 0.00 | $ |
| Income from real property (such as rental income) | $ 0.00 | $ | $ 0.00 | $ |
| Interest and Dividends | $ 0.00 | $ | $ 0.00 | $ |
| Gifts | $ 0.00 | $ | $ 0.00 | $ |
| Alimony | $ 0.00 | $ | $ 0.00 | $ |
| Child Support | $ 0.00 | $ | $ 0.00 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0.00 | $ | $ 0.00 | $ |
| Disability (such as social security, insurance payments) | $ 1096.00 | $ | $ 1096.00 | $ |
| Unemployment Payments | $ 0.00 | $ | $ 0.00 | $ |
| Public-Assistance (such as welfare) | $ 0.00 | $ | $ 0.00 | $ |
| Other (specify) Dependent Social S | $ 486..00 | $ | $ 4.08 | $ |
| **TOTAL MONTHLY INCOME:** | $ 1582.00 | $ | $ 1582.00 | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

2. *List your employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| unemployed since 1/28/2020 | | From _____ <br> To _____ | $ _____ |
| | | From _____ <br> To _____ | $ _____ |
| | | From _____ <br> To _____ | $ _____ |
| | | From _____ <br> To _____ | $ _____ |

3. *List your spouse's employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| never married | | From _____ <br> To _____ | $ _____ |
| | | From _____ <br> To _____ | $ _____ |
| | | From _____ <br> To _____ | $ _____ |
| | | From _____ <br> To _____ | $ _____ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4**      *3*      *Rev. 12/01/2018*

4. *How much cash do you and your spouse have?*  $ 60.00

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| Citizen bank | checking | $ 100.00 | $ never employed |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.*

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| n/a | $ | OWE LAND AT 3130 N Sierra Vista Rd. Eloy, AZ 85193 APN# 403251640 ON SALE | $ 10,000.00 |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| n/a | | | $ |

| Motor Vehicle 2: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| n/a | | | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4**                                    *4*                                    *Rev. 12/01/2018*

| Other Assets | Value |
|---|---|
| n/a | $ |
| n/a | $ |
| n/a | $ |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Gray vs GC Service - 1 CA-CV 21-0533 Judgement Attorney's Pending Reconsiderati | $ 8,000 | $ n/a |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.*

| Name | Relationship | Age |
|---|---|---|
| M.G [minor ] | son | 15 |
| | | |
| | | |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4**      5      *Rev. 12/01/2018*

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 1222.00 | $ never married |
| - Are real estate taxes included? ○ Yes ● No <br> - Is property insurance included? ○ Yes ● No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 450.00 | $ |
| Home maintenance (repairs and upkeep) | $ 0.00 | $ |
| Food | $ 561.00 | $ |
| Clothing | $ 100.00 | $ |
| Laundry and dry-cleaning | $ 75.00 | $ |
| Medical and dental expenses | $ 500.00 | $ |
| Transportation (not including motor vehicle payments) | $ 250.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 85.00 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|    - Homeowner's or renter's | $ 22.00 | $ |
|    - Life | $ 0.00 | $ |
|    - Health | $ 0.00 | $ |
|    - Motor Vehicle | $ 0.00 | $ |
|    - Other storage fee, internet, cell phone, gas, waste and water | $ 267.00 | $ |
| Taxes (not deducted from wages or included in mortgage payments) | | |
| Specify Homeschooling | $ 1825.00 | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4**        6        *Rev. 12/01/2018*

|  | **You** | **Spouse** |
|---|---|---|
| Installment payments | | |
|   - Motor Vehicle | $ | $ |
|   - Credit Card (name) keybank | $ 28.00 | $ |
|   - Department Store (name) | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify)    TD Bank Credit Card and Captial One Credit Card | $ 80.00 | $ |
| **TOTAL MONTHLY EXPENSES** | $ 4965.00 | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?* ○ Yes ◉ No

    If Yes, describe on an attached sheet.

10. *Have you spent—or will you be spending—any money for expenses or attorney fees in connection with this lawsuit?* ◉ Yes ○ No

    If Yes, how much? $ 100.00

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

My rent arrear of $2244.00 and electric bill past due financially disallow my ability to pay

12. *State the city and state of your legal residence.*

City Troy,      State New York

Your daytime phone number (ex., 415-355-8000) 518 233-4282

Your age 56      Your years of schooling 22

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4**      7      *Rev. 12/01/2018*

XL0218 (09/97)                    **NOTICE NUMBER   : U38EC66141    Page:  1    *****

RENSSELAER COUNTY DSS                    NOTICE OF DECISION ON YOUR
547 RIVER STREET                         SUPPLEMENTAL NUTRITION ASSISTANCE.
TROY, NY 12180-9979

                                         SI USTED DESEA RECIBIR NOTIFICACIONES FUTURAS
                                         EN ESPANOL, POR FAVOR PONGASE EN CONTACTO
                                         CON SU TRABAJADOR(A).

| NOTICE NUMBER:<br>U38EC66141 | DATE:<br>August 24, 2022 | CASE NUMBER:<br>F241073 |
|---|---|---|

| OFFICE | UNIT<br>FAFS | WORKER<br>JRC | UNIT OR WORKER NAME<br>RENSSELAER COUNTY DSS | TELEPHONE NO.<br>518-266-7800 |
|---|---|---|---|---|

| AGENCY TELEPHONE NUMBERS | CASE NAME / AND ADDRESS |
|---|---|
| GENERAL TELEPHONE NO.   518-266-7800<br>FOR QUESTIONS<br>OR HELP<br>- - - - - - - - - - - - - - - - - - - -<br>**OR** Agency Conference   518-266-7800<br><br>Fair Hearing<br>information and   800-342-3334<br>assistance<br><br>Record Access   518-266-7800<br><br>Child/Teen<br>Health Plan   518-266-7991 | /FAFS/JRC<br><br>GRAY MICHELE<br>C/O RENEE GRAY<br>279 TROY RD APT 9-174<br>RENSSELAER, NY 12144 |

IF YOU DO NOT AGREE WITH ANY DECISION EXPLAINED IN THIS NOTICE, YOU HAVE A RIGHT TO ASK US
FOR A CONFERENCE AND/OR ASK THE STATE FOR A FAIR HEARING. READ THE CONFERENCE AND/OR
FAIR HEARING SECTION TO SEE HOW TO ASK FOR A CONFERENCE AND/OR A FAIR HEARING.

   If you are blind or seriously visually impaired and need notices or other written materials
in an alternative format (large print, audio, or data CD, or Braille), contact your local
social services district.

## SUPPLEMENTAL NUTRITION ASSISTANCE

Your application for continued SNAP benefits is **APPROVED** from October 1, 2022 to
March 31, 2023.

The following individuals are approved for SNAP benefits:

      MICHELE GRAY
      MAKAI GRAY

You will get $516.00 in SNAP benefits each month.

Each month, your SNAP benefits will become available on the third day of the
month.  If you do not use your SNAP benefit account for a period of 365
consecutive days, any SNAP benefit remaining in the account that is at least 365
days old will be expunged (removed) from the account. Expunged SNAP benefits
cannot be reissued.

This decision is based on Department Regulations 18 NYCRR 387.8, 387.14 and
387.15.

How we figured your SNAP Benefits:

Check the information below and let us know if something is wrong.  If there is a
mistake, it could mean that this decision we made about your benefit is not
correct.

   o  You will get $516.00 monthly beginning October, 2022.

   o  There are 2 people in your SNAP household.

1577          01U090              CONTINUED ON THE NEXT PAGE ...

# Social Security Administration
# Benefit Verification Letter

Date: January 11, 2023
BNC#: 23C6918C83199
REF: A, C1, DI

MICHELE RENEE GRAY
279 TROY RD # 9-174
RENSSELAER NY  12144-9518

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2022, the full monthly Social Security benefit before any deductions is $1,096.30.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,096.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on February 1, 1994.

## Information About Past Social Security Benefits

From December 2021 to November 2022, the full monthly Social Security benefit before any deductions was $1,008.60.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,008.00.
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

See Next Page



# Social Security Administration
# Benefit Verification Letter

Date: January 11, 2023
BNC#: 23KG824F77992
REF: C1

MICHELE GRAY FOR
MAKAI M GRAY
165 A VANDENBURGH PL
TROY NY 12180-6048

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2022, the full monthly Social Security benefit before any deductions is $486.90.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $486.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

**Information About Past Social Security Benefits**

From December 2021 to November 2022, the full monthly Social Security benefit before any deductions was $447.90.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $447.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly benefits as a dependent of the wage earner.

**Date of Birth Information**

The date of birth shown on our records is April 20, 2007.

See Next Page

## APARTMENT LEASE



Date of Lease: _____ **October 4, 2022**
(when the Lease is filled out)

*This is a binding document. Read carefully before signing.*

### Moving In — General Information

**1. PARTIES.** This lease (sometimes referred to as the "Lease") is between *you*, the tenant(s) *(list all people signing the Lease)* ("You"):

**Michele Renee Gray**

_____

_____

_____

_____

_____

and as, the owner ("Us" or "Owner"): **Regency Realty Associates, LLC et al.**

_____

*(name of apartment community or title holder).* You've agreed to use, Apartment No. _____**165A**_____ at **165A** **Vandenburgh Place**

_____ *(street address)* in _____**Troy**_____ *(city),* New York, _____**12180**_____ *(zip code)* (the "Apartment") for use as a private residence only. The terms "you" and "your" refer to all tenants listed above. The terms "we," "us," "our," and "Landlord" refer to the owner listed above (or any of owner's successors' in interest or assigns) and not to property managers or anyone else. Written or electronic notice to or from our managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease, a separate Lease Guaranty for each guarantor is attached.

**2. OCCUPANCY AND USE.** You shall use the apartment for living purposes only. The apartment is to be occupied only by you and your immediate family and by occupants as defined in and only in accordance with New York State Real Property Law ("RPL") § 235-f.

Name of Occupant

_____

Occupant's Date of Birth _____

Name of Occupant

_____

Occupant's Date of Birth _____

Name of Occupant

_____

Occupant's Date of Birth _____

Name of Occupant

_____

Occupant's Date of Birth _____

Name of Occupant

_____

Occupant's Date of Birth _____

Name of Occupant

_____

Occupant's Date of Birth _____

**3. LEASE TERM.** The initial term of the Lease begins on the _____**1st**_____ day of _____**October**_____ _____**2022**_____ and ends at 11:59 pm the **30th** day of _____**September**_____ _____**2023**_____.

**Suffolk County Residents.** You have the right to a minimum lease term of one year, which right may be waived by you, in writing, by election of a tenancy on a month to month basis by signing the attached Short-Term Lease Addendum.

**4. SECURITY DEPOSIT.** Unless modified by addenda, the security deposit at the time of execution of this Lease is $ _____**902.00**_____ due on or before the date this Lease is signed. Security deposit will be deposited into a separate interest bearing security account.

At your option, the interest earned, less 1% administrative fee retained by us, shall be applied for the rental of this apartment, or held in trust until repaid, or annually paid to you.

The name and address of the financial institution that will hold your security deposit is
**M&T Bank, 80 State Street, Albany, NY 12207**

_____

**5. KEYS.** You will be provided _____**2**_____ apartment key(s), _____**2**_____ mailbox key(s), _____ FOB(s), and/or _____ other access device(s) for access to the building and amenities at no additional cost at move-in. If the key, FOB, or other access device is lost or becomes damaged during your tenancy or is not returned or is returned damaged when you move out, you will be responsible for the costs for the replacement and/or repair of the same.

**6. RENT AND CHARGES.** Unless modified by addenda, you will pay $ _____**1222.00**_____ per month for rent, payable in advance and without demand:

☐ at the on-site manager's office, or
☒ at our online payment site, or
☐ at _____

_____

Prorated rent of $ _____ is due for the remainder of *(check one):* ☒ 1st month or ☐ 2nd month, on

_____

Otherwise, you must pay your rent on or before the 1st day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. At our discretion, we may convert any and all checks via the Automated Clearing House (ACH) system for the purposes of collecting rent. Rent is not considered accepted, if the payment/ ACH is rejected, does not clear, or is stopped for any reason. If you don't pay all rent on or before the fifth (5th) day of the month, you'll pay a late charge of $ _____**5%/$50**_____. Your late charge will be capped at the lesser of five percent (5%) of the monthly rent or $50.00. You'll also pay a charge of $ _____**20.00**_____ for each returned check or rejected electronic payment, ("NSF charges"), plus the late charge. If you don't pay rent on time, you'll be delinquent and all remedies under this Lease will be authorized. We'll also have all other remedies for such violation. The late charge is a cost to you to reimburse us for the time our staff will expend in bookkeeping, notices and late charges incurred on our obligations, etc. and not as a penalty. Late charges are to be considered additional rent and not interest or a penalty. All charges under the Lease, including but not limited to, late charges, NSF charges, utility charges, and attorney's fees, shall be considered additional rent and we shall have the same remedies as we have for the non-payment of rent. All payment obligations under this Lease shall constitute rent under this Lease.

**7. UTILITIES.** We'll pay for the following items, if checked:
☐ water          ☐ gas          ☐ electricity          ☐ master antenna
☐ wastewater          ☐ trash          ☐ cable TV
☐ other _____

You'll pay for all other utilities, related deposits, and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected—including disconnection for not paying your bills— until the lease term or renewal period ends. Cable channels that are provided may be changed during the lease term if the change applies to all tenants. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-operated lighting. If any utilities are submetered for the apartment, or prorated by an allocation formula, we will attach an addendum to this Lease in compliance with state agency rules or city ordinance. In no event shall Landlord be liable for interruption in any utility which is provided to the subject premises.

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 25. Certificate of Service for Paper Filing

**ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 25**
Use Form 25 only if you are **not** registered for Appellate Electronic Filing.

**Instructions**
- You must attach a certificate of service to each document you send to the court and to opposing counsel.
- Include the title of the document you are serving, the name and address of each person you served with a copy of the document, and the date of mailing or hand delivery.
- Sign and date the certificate. You do not need to have the certificate notarized.
- Remember that you must send a copy of **all** documents and attachments to counsel for **each** party to this case.

**9th Cir. Case Number(s)** | No. 22-35891

**Case Name** | GRAY VS AMAZON

I certify that I served on the person(s) listed below, either by mail or hand delivery, a copy of the | RESPOND TO FRIVOLOUS CLAIM
and any attachments. | *(title of document you are filing, such as Opening Brief, Motion for __, etc.)*

**Signature** | | **Date** | 01/16/2023

| Name | Address | Date Served |
| --- | --- | --- |
| AMAZON | 410 Terry Avenue North. Seattle, WA 98109 | 01/16/2023 |
| | | |
| | | |
| | | |

***Mail this form to the court at:***
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 25** | *Rev. 12/01/2018*