**FILED**

APR 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHELE GRAY, | No. 22-35891 |
| Plaintiff-Appellant, | D.C. No. 2:22-cv-01177-JCC<br>Western District of Washington,<br>Seattle |
| v. | |
| AMAZON.COM, INC., | ORDER |
| Defendant-Appellee. | |

Before: CLIFTON, R. NELSON, and BRESS, Circuit Judges.

The district court has certified that this appeal is frivolous and has revoked appellant's in forma pauperis status. See 28 U.S.C. § 1915(a). On December 15, 2022, this court ordered appellant to explain in writing why this appeal should not be dismissed as frivolous. See 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

Upon a review of the record and the responses to the court's December 15, 2022 order, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 12), and we dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2).

No further filings will be entertained in this closed case.

**DISMISSED.**