UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 11 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MICHELE GRAY,

    Plaintiff - Appellant,

v.

AMAZON.COM, INC.,

    Defendant - Appellee.

No. 22-35891

D.C. No. 2:22-cv-01177-JCC
U.S. District Court for Western Washington, Seattle

**MANDATE**

The judgment of this Court, entered April 19, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT